UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:24-cv-01747-DOC-ADS                          Date: November 15, 2024

Title: Wyndham Vacation Ownership, Inc. et al. v. Miranda Dempsey et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REQUESTING FURTHER INFORMATION FROM PARTIES ON STIPULATION FOR PERMANENT INJUNCTION [30]**

Before the Court is the Stipulated Final Permanent Injunction which the Parties submitted on November 12, 2024 (Dkt. 30).

The Court directs the Parties to submit a joint statement no longer than three pages explaining how the Stipulated Injunction complies with Rule 1-500 of the California State Bar's Rules of Professional Conduct. The joint statement should be filed with the Court by November 20, 2024 at noon Pacific Time.

Alternatively, if the Court does not need to sign or otherwise be involved in the Stipulated Injunction, the Parties may file a Notice of Dismissal to the Court without providing the joint statement.

The Clerk shall serve this minute order on the Parties.

Initials of Deputy Clerk: kdu