BEN SUTER, CASB No. 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
310 Golden Shore, Suite 400
Long Beach, California 90802
Telephone:   (562) 436-2000
Facsimile:   (562) 436-7416

GLENNYS ORTEGA RUBIN
FLSB No. 556361 (admitted *Pro Hac Vice*)
GRubin@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407)425-8316

Attorneys for Plaintiffs
WYNDHAM VACATION OWNERSHIP, INC.,
WYNDHAM VACATION RESORTS, INC., and
WYNDHAM RESORT DEVELOPMENT
CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC. a Delaware corporation; WYNDHAM VACATION RESORTS, INC., a Delaware corporation; WYNDHAM RESORT DEVELOPMENT CORPORATION; an Oregon Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MIRANDA DEMPSEY, APLC d/b/a MCCROSKEY LEGAL, DEBT PRO LEGAL, and MXM LEGAL, a California professional law corporation; and MIRANDA MCCROSKEY, ESQ., an individual, | **Case No. 8:24-cv-01747 DOC-ADS**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(A)(II)]**

1

|   |   |
|---|---|
| 1 | Defendants. ) |
| 2 |   )  |

Plaintiffs WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., and WYNDHAM RESORT DEVELOPMENT CORPORATION (collectively "Wyndham") and Defendants MIRANDA DEMPSEY, APLC d/b/a MCCROSKEY LEGAL, DEBT PRO LEGAL, and MXM LEGAL, a California professional law corporation; and MIRANDA MCCROSKEY, ESQ., an individual (collectively "Lawyer Defendants") (Wyndham and Lawyer Defendants, together, the "Parties"), by and through undersigned counsel, jointly stipulate that the Parties vetted the proposed Stipulated and Consent Final Permanent Injunction Order (Dkt. 30-1) prior to its submission to the Court and determined that Dkt. 30-1 was compliant with Rule 1-500 of the California State Bar's Rules of Professional Conduct and Rule 1-500's successor, Rule 5.6.[1]

Notwithstanding the foregoing, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and as invited by this Court (Dkt. 31), the Parties further jointly

///
///
///
///
///
///
///
///

---

[1] Indeed, injunctions akin to that proposed here have passed judicial muster in other jurisdictions. *See Bluegreen Vacations Unlimited, Inc., et al v. Timeshare Lawyers P.A., et al,* Case No. 1:20-cv-24681 (S.D. Fla. June 1, 2023) (Dkt. 483); *Wyndham Vacation Ownership, Inc., et al v. Slattery, Sobel & DeCamp, LLP, et al,* Case No. 6:19-cv-01908 (M.D. Fla. August 23, 2023) (Dkt. 1052).

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(A)(II)]**

1  stipulate and agree to dismiss the above styled lawsuit, *with prejudice*, with each party to
2  bear its own attorney's fees and costs.
3
4  DATED:  November 20, 2024        /s/ Ben Suter
                                    BEN SUTER
5                                   KEESAL, YOUNG & LOGAN
6
                                    GLENNYS ORTEGA RUBIN
7                                   (*admitted Pro Hac Vice*)
                                    SHUTTS & BOWEN LLP
8
                                    Attorneys for Plaintiffs
9                                   WYNDHAM VACATION OWNERSHIP,
                                    INC., WYNDHAM VACATION
10                                  RESORTS, INC., and WYNDHAM
                                    RESORT DEVELOPMENT
11                                  CORPORATION
12
13
14  DATED:  November 20, 2024        /s/ Amy Baker
                                    AMY BAKER (SBN 258337)
15                                  amybaker@potomaclaw.com
                                    Potomac Law Group, PLLC
16                                  3505 Lake Lynda Drive, Ste 200
                                    Orlando, Florida 32817
17                                  Tel: 407-519-0135
                                    Fax: 202-318-7707
18
                                    Attorney for Defendants
19                                  MIRANDA DEMPSEY, APLC d/b/a
                                    MCCROSKEY LEGAL, DEBT PRO
20                                  LEGAL, and MXM LEGAL, a California
                                    professional law corporation;  and
21                                  MIRANDA MCCROSKEY, ESQ., an
                                    individual.
22
23
24
25
26
27
28

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(A)(II)]**